FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN FISCHER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CR BARD INCORPORATED; and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　　　　Defendants. | NO:  2:19-CV-367-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion to Dismiss without Prejudice, ECF No. 28.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss without Prejudice, **ECF No. 28**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 1

4.  All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this June 4, 2020.

<u>  s/ Rosanna Malouf Peterson  </u>
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 2